UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

WILLIAM TALEN,

                      Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                      Defendants.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 Civ. 5677 (RPP)

      **PLEASE TAKE NOTICE** that **Elizabeth M. Daitz**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York.

Dated:  New York, New York
         July 17, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel
                                        of the City of New York
                                        Attorney for Defendant City of New York
                                        100 Church Street, Room 3-218
                                        New York, New York 10007
                                        (212) 788-0775

                                        By:       /s/_____
                                                   Elizabeth M. Daitz
                                                   Assistant Corporation Counsel
                                                   Special Federal Litigation Division

cc:     Earl Ward, Esq (via ECF)
        Norman Siegel, Esq (via ECF)

Index No. 08 Civ. 5677 (RPP)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| WILLIAM TALEN,<br><br>                                        Plaintiff,<br><br>                    -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                                        Defendants.<br>. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br><br>*100 Church Street*<br>*New York, N.Y.  10007*<br>*Of Counsel: Elizabeth M. Daitz*<br><br>*Tel:  (212) 788-0775*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ..................................................,2008*<br><br>*............................................................................Esq.*<br><br>*Attorney for City of New York* |